## GRAHAM *et al.* v. SELBIE.

(Opinion filed, March 8, 1898.)

On rehearing.

This case was first decided in an opinion filed June 17, 1896; and reported in 8 S. D. 616, 67 N. W. 1151.   Upon this rehearing the former decision is adhered to and the judgment affirmed.

*Edwin Van Cise*, for appellants.

*Martin & Mason*, for respondent.

HANEY, J.   A rehearing having been granted herein, and argued in connection with the case of Graham v. Selbie, 10 S. D. 546; 74 N. W. 439, which involves the same issues, the judgment of the circuit court must be affirmed.

CORSON, P. J., dissents.